IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| THE LOFTS AT ALBERT HALL CONDOMINIUM ASSOCIATION, INC., ET AL., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:12-CV-906 |
| VINTAGE OAKS II, ET AL., | ) ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on Defendants' Motion to Dismiss. (Doc. 15.) Upon consideration of the pleadings and the briefing, the Court concludes that the motion should be denied. The Court suggests to the Clerk and the parties that immediate mediation might be appropriate.

It is ORDERED that the Motion to Dismiss (Doc. 15) is DENIED.

This the 21st day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE