**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Action No.: 1:12-CV-906**

| | |
|---|---|
| **THE LOFTS AT ALBERT HALL CONDOMINIUM ASSOCIATION, INC. AND JEFFREY L. SMITH,** | |
| **Plaintiffs,** | |
| **vs.** | |
| **VINTAGE OAKS II, A CALIFORNIA LIMITED PARTNERSHIP, BARTON/BOESPFLUG II, A CALIFORNIA LIMITED PARTNERSHIP, AND BULKLEY INVESTORS,** | **PLAINTIFFS' NOTICE OF WAIVER OF RIGHT TO FILE REPLY BRIEF** |
| **Defendants.** | |

Per M.D.N.C. LR 7.3(h), "a reply brief is limited to discussion of matters newly raised in the response." Defendants' Response to Plaintiffs' Motion to Strike" (Doc. No. 75) cites no authorities other than those cited by Plaintiffs. Accordingly, Plaintiffs hereby give notice of their intent to stand on their original Memorandum of Law in Support of Plaintiffs' Motion to Strike Defendants' Reply to Plaintiffs' Response in Opposition to Motion to Amend or for Leave to File Surreply (Doc. No. 72) and ask that their motion to strike (Doc. No. 71) be referred for adjudication.

This the 13th day of May, 2014.

/s/ Michael L. Robinson_____
Michael L. Robinson, N.C. Bar No. 9438
/s/ Stephen Robinson_____
Stephen Robinson, N.C. Bar No. 18401
Counsel for Plaintiffs

OF COUNSEL:

ROBINSON & LAWING, L.L.P.
101 North Cherry Street, Suite 720
Winston-Salem, North Carolina 27101-4035
Telephone:  (336) 631-8500
Facsimile: (336) 631-6999

| | |
|---|---|
| THE LOFTS AT ALBERT HALL CONDOMINIUM ASSOCIATION, INC. AND JEFFREY L. SMITH,<br><br>     **Plaintiff,**<br><br>     **vs.**<br><br>VINTAGE OAKS II, A CALIFORNIA LIMITED PARTNERSHIP, BARTON/BOESPFLUG II, A CALIFORNIA LIMITED PARTNERSHIP, AND BULKLEY INVESTORS,<br><br>     **Defendant.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Gary Sue
       Burton Sue & Anderson, LLP
       Gary.Sue@burtonandsue.com

          Respectfully submitted,

               /s/[Stephen Robinson]
               Stephen Robinson
               Robinson & Lawing, L.L.P.
               101 North Cherry Street, Suite 720
               Winston-Salem, North Carolina 27101-4035

Phone: (336) 631-8500
E-mail: srobinson@robinsonlawing.com